In the Matter of the Application of Ada M. Morse, Respondent, to Alter a Highway in the Towns of Monroe and Chester.

The Town of Chester, Appellant.

*Matter of Morse*, 145 App. Div. 936, affirmed.
(Argued October 6, 1911; decided October 24, 1911.)

Appeal from an order of the Appellate Division of the Supreme Court in the second judicial department, entered June 12, 1911, which affirmed an order of the Orange County Court confirming the report of commissioners of appraisal appointed in a proceeding to alter a highway.

*Henry. Bacon* for appellant.

*M. N. Kane* for respondent.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., HAIGHT, VANN, WERNER, WILLARD. BARTLETT, HISCOCK and CHASE, JJ.